# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QURAN HERRINGTON, *on behalf of himself and all others similarly situated,* | : : : | No.  24-cv-4902-JMY |
| v. | : : | |
| SOLID WASTE SERVICES, INC., d/b/a JP MASCARO & SONS, | : : | |

## SCHEDULING ORDER

**AND NOW**, this  3rd  day of December, 2024, upon consideration of the parties' Joint Report of Rule 26(f) Meeting (ECF No. 11), and the representations made by counsel at the Rule 16 conference held on this date, it is **ORDERED** as follows:

1. The parties shall comply with the following deadlines:

    a. Phase I of discovery, concerning the merits of Plaintiff's claims, shall be completed by **Friday, February 28, 2025.**

    b. The parties shall produce their expert report(s), concerning the merits of Plaintiff's claims, by **Friday, March 14, 2025**; rebuttal expert report(s) shall be produced by **Friday, March 28, 2025;** expert discovery, concerning the merits of Plaintiff's claims, including depositions of expert witnesses, shall be completed by **Friday, April 11, 2025**.

    c. Motions for summary judgment and *Daubert* motions, concerning the merits of Plaintiff's claims, shall be filed no later than **Monday, May 5, 2025**.  Responses to such motions shall be filed no later than **Monday, June 2, 2025.**

    d. Pending the Court's decision on the parties' motions for summary judgment, the Court may issue further deadlines for Phase II of discovery, concerning class/collective issues.

2.   This case is referred to United States Magistrate Judge Carol Sandra Moore-Wells for settlement purposes. Judge Moore-Wells will contact counsel to initiate the settlement process. As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.

3.   Counsel are referred to Judge Younge's operating procedures for further information:  http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**IT IS SO ORDERED.**

BY THE COURT:

 /s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**