UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QURAN HERRINGTON,<br>on behalf of himself and all others<br>similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLID WASTE SERVICES, INC. d/b/a<br>JP MASCARO & SONS,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:24-cv-04902-JMY |

**JOINT STATUS REPORT**

Pursuant to this Court's order on February 26, 2025, Plaintiff Quran Herrington ("Plaintiff") and Defendant Solid Waste Services, Inc. d/b/a JP Mascaro & Sons ("Defendant") (collectively, the "Parties") submit this joint status report and proposed revised scheduling order:

1. Plaintiff filed this case on or about September 16, 2024. *See* Dkt. No. 1.

2. Plaintiff alleges that Defendant violated the Pennsylvania wage laws (the Wage Payment and Collection Law ("WPCL"), the Pennsylvania Minimum Wage Act ("MWA")), and the Fair Labor Standards Act ("FLSA") by failing to properly pay overtime wages to him and certain other similarly situated individuals. Defendant denies Plaintiff's claims and denies that a class or collective or similarly situated individuals exists.

3. On November 26, 2024, the Parties submitted a Joint Report of Rule 26(f) Meeting. In it, the Parties proposed bifurcating merits (Phase I) and class/collective discovery (Phase II). *See id.* at 11.

4. On December 3, 2024, this Court entered a scheduling order that bifurcated discovery as proposed by the Parties. *See id*. at 12.

5. On February 20, 2025, the Parties filed a Joint Motion to Stay Pending Mediation. *See id*. at 14.

6. On February 26, 2025, this Court allowed the Parties' motion to stay.

7. On July 15, 2025, the Parties mediated with the Honorable Stephen M. Orlofsky, a retired United States District Court Judge for the District of New Jersey. Despite their efforts, the Parties did not resolve the case at mediation.

8. The Parties have already exchanged substantial written discovery concerning the merits of Plaintiff's claims, but they require additional time to conclude written discovery and take depositions.

9. Accordingly, the Parties propose the following schedule for the completion of Phase I discovery concerning the merits of Plaintiff's claims and the filing of related motions:

   a. Phase I discovery, including expert discovery, shall conclude on November 17, 2025;

   b. Motions for summary judgment and/or Daubert motions concerning the merits of Plaintiff's claims shall be filed on or before December 17, 2025.

   c. Responses to any motions shall be filed by January 9, 2026; and

   d. Replies to any responses shall be filed by January 23, 2026.

WHEREFORE, the Parties respectfully request that this Court enter the proposed scheduling order and schedule the matter for a hearing on any motions the Parties file concerning the merits of Plaintiff's claims on a date convenient for the Court after January 26, 2025.

Respectfully submitted,

| | |
|---|---|
| QURAN HERRINGTON,<br>individually and on behalf all others similarly situated, | SOLID WASTE SERVICES, INC.<br>d/b/a J. P. MASCARO & SONS, |
| By his attorneys, | By its attorney, |
| /s/ Brook S. Lane | /s/ Albert A. DeGennaro[BSL] |
| James B. Zouras<br>STEPHAN ZOURAS, LLP<br>222 W. Adams St, Suite 2020<br>Chicago, Illinois 60606<br>Tel: (312) 233-1550<br>Fax: (3120 233-1560<br>jzouras@stephanzouras.com | Albert A. DeGennaro, Esquire<br>2650 Audubon Road<br>Audubon, PA 19403<br>Tel: 484-398-6500<br>al.degennaro@jpmascaro.com<br><br>Dated: July 23, 2025 |
| Brook S. Lane, Esq.<br>*Pro hac vice* forthcoming<br>FAIR WORK, P.C.<br>192 South Street, Suite 450<br>Boston, MA 02111<br>T: (617) 607-3260<br>F: (617) 488-2261<br>brook@fairworklaw.com | |
| Dated: July 23, 2025 | |

3