UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QURAN HERRINGTON,<br>on behalf of himself and all others<br>similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>SOLID WASTE SERVICES, INC. d/b/a<br>JP MASCARO & SONS,<br><br>        Defendant. | Civil Action No. 2:24-cv-04902-JMY |

## JOINT STATUS REPORT

Plaintiff Quran Herrington and Defendant Solid Waste Services, Inc. d/b/a JP Mascaro & Sons (collectively, the "Parties") submit the following joint status report:

1. Plaintiff filed this case on or about September 16, 2024. *See* Dkt. No. 1.

2. On February 20, 2025, the Parties filed a Joint Motion to Stay Pending Mediation. *See id.* at 14.

3. On February 26, 2025, this Court allowed the Parties' motion to stay.

4. On July 15, 2025, the Parties mediated with the Honorable Stephen M. Orlofsky, a retired United States District Court Judge for the District of New Jersey. Despite their efforts, the Parties did not resolve the case at the mediation.

5. The Parties continued their settlement discussion after the mediation, and they recently reached a tentative settlement that resolves Plaintiff's claims on a class and/or collective basis.

6.  The Parties are now working together to finalize the settlement agreement and prepare the necessary filings to seek the Court's preliminary approval of the settlement and permission to send notice of the proposed settlement to the putative class and collective.

7.  The Parties anticipate filing the motion in the next few weeks.

Respectfully submitted,

| | |
|---|---|
| QURAN HERRINGTON, individually and on behalf all others similarly situated, | SOLID WASTE SERVICES, INC. d/b/a J. P. MASCARO & SONS, |
| By his attorneys, | By its attorney, |
| /s/ Brook S. Lane | /s/ Albert A. DeGennaro[BSL] |
| James B. Zouras<br>STEPHAN ZOURAS, LLP<br>222 W. Adams St, Suite 2020<br>Chicago, Illinois 60606<br>Tel: (312) 233-1550<br>Fax: (3120 233-1560<br>jzouras@stephanzouras.com | Albert A. DeGennaro, Esquire<br>2650 Audubon Road<br>Audubon, PA 19403<br>Tel: 484-398-6500<br>al.degennaro@jpmascaro.com<br><br>Dated: August 22, 2025 |
| Brook S. Lane, Esq.<br>*Pro hac vice* forthcoming<br>FAIR WORK, P.C.<br>192 South Street, Suite 450<br>Boston, MA 02111<br>T: (617) 607-3260<br>F: (617) 488-2261<br>brook@fairworklaw.com | |
| Dated: August 22, 2025 | |

2