UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QURAN HERRINGTON,<br>on behalf of himself and all others<br>similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLID WASTE SERVICES, INC. d/b/a<br>JP MASCARO & SONS,<br><br>Defendant. | Civil Action No. 2:24-cv-04902-JMY |

**PLAINTIFF'S ASSENTED-TO MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff Quran Herrington hereby moves for preliminary approval of a class and collective action settlement. As detailed in Plaintiff's Memorandum in Support of Motion for Preliminary Approval of Class and Collective Action Settlement, which has been contemporaneously filed with this Motion, the proposed settlement fully and finally resolves this matter, and reflects a fair and reasonable resolution of a bona fide dispute. A copy of the parties' executed settlement agreement is attached to the memorandum as Exhibit 1.

WHEREFORE, Plaintiff respectfully requests that the Court grant preliminary approval of the settlement and order any other and further relief as this Court deems just and proper.

2

Respectfully submitted,

QURAN HERRINGTON, on behalf himself and all others similarly situated,

By his attorneys,

*/s/ Brook S. Lane*

James B. Zouras
STEPHAN ZOURAS, LLP
222 W. Adams St, Suite 2020
Chicago, Illinois 60606
Tel: (312) 233-1550
Fax: (3120 233-1560
jzouras@stephanzouras.com

Brook S. Lane, Esq.
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
T: (617) 607-3260
F: (617) 488-2261
brook@fairworklaw.com

Dated: December 5, 2025

Assented to,

SOLID WASTE SERVICES, INC.
d/b/a J. P. MASCARO & SONS,

By its attorney,

*/s/ Albert A. DeGennaro*[BSL]

Albert A. DeGennaro, Esquire
2650 Audubon Road
Audubon, PA 19403
Tel: 484-398-6500
al.degennaro@jpmascaro.com

Dated: December 5, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was filed on December 5, 2025, via the Court's electronic filing system, which will send Notice of Electronic Filing to all counsel of record.

*/s/ Brook S. Lane*
Brook S. Lane
