## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| QURAN HERRINGTON, on behalf of himself and all others similarly situated, | ) ) ) ) ) | Civil Action No. 2:24-cv-04902-JMY |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SOLID WASTE SERVICES, INC. d/b/a JP MASCARO & SONS, | ) ) ) | |
| Defendant. | ) ) | |

### PRELIMINARY SETTLEMENT APPROVAL ORDER

Plaintiff Quran Herrington has filed an Assented-to Motion for Preliminary Approval of Class and Collective Settlement pursuant to Federal Rule of Civil Procedure 23 and the FLSA, 29 U.S.C. § 216(b). In that motion, Plaintiff requests an order preliminarily approving settlement of the above-captioned action in accordance with the parties' Settlement Agreement, which sets forth the terms and conditions for a proposed settlement of this matter and its dismissal with prejudice.

Having reviewed the unopposed motion and the settlement agreement (ECF No. 23), it is hereby ORDERED that:

1. For purposes of this settlement, the following Settlement Classes/Collectives are certified:

    a. All individuals who have worked as a garbage truck driver for Defendant Solid Waste Services, Inc. d/b/a JP Mascaro & Sons at its location in

Bridgeport, Pennsylvania at any time between September 1, 2021 and December 31, 2024.

2. For purposes of this settlement only, the Settlement Classes/Collectives are preliminarily certified, and all Settlement Class Members shall have the right to file claim forms to participate in the settlement, to object to the settlement, and to exclude themselves from the settlement through the procedures set forth in the Parties' Settlement Agreement.

3. This Court finds that the Settlement Agreement is fair, reasonable, and adequate, and within the range of possible approval, subject to further consideration at the Final Fairness Hearing as set forth below in Paragraph 9, *infra*.

4. The Court authorizes the parties to retain a third-party settlement administrator and preliminarily approves the costs of the settlement administration.

5. Court preliminary approves Class Counsel's request for attorneys' fees and costs and the enhancement awards.

6. This Court finds that the notice of settlement and claim form, attached as Exhibit 2 to the memorandum submitted in support of Plaintiff's assented-to motion for preliminary approval, satisfy the requirements of due process and the Federal Rules of Civil Procedure, constitute the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto. The Court approves the form and subject matter of the notice and claim form, and authorizes the settlement administrator to send the notice and claim form to members of the class and collective.

7. The Court approves the distribution formula and claim procedure set forth in the Settlement Agreement, the notice, and in the memorandum submitted in support of Plaintiff's assented-to motion for preliminary approval.

8.    The Court approves the proposed schedule and procedure for completing the final approval process as set forth in the Settlement Agreement and in the memorandum submitted in support of Plaintiff's assented-to motion for preliminary approval.

9.    The hearing on final approval shall take place before the Honorable John M. Younge on **June 10, 2026 at 12:30 P.M.** at the United States District Court for the Eastern District of Pennsylvania in Courtroom 15-B at 601 Market Street, Philadelphia, Pennsylvania 19106. The purpose of the hearing is for the Court to decide whether the proposed settlement is fair, reasonable, and adequate as to the Class and should be approved and, if so, to determine what amount of attorneys' fees and expenses should be awarded to Class Counsel and what amount, if any, should be awarded as an enhancement award to Plaintiff. The Court will also hear and consider any properly submitted objections at that time.

ENTERED this 2nd day of February, 2026.


/s/ John Milton Younge
_____
**The Honorable John M. Younge**