# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| QURAN HERRINGTON,<br>on behalf of himself and all others<br>similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLID WASTE SERVICES, INC. d/b/a<br>JP MASCARO & SONS,<br><br>Defendant. | )<br>)<br>)<br>)    Civil Action No. 2:24-cv-04902-JMY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF BROOK S. LANE

I, Brook S. Lane, hereby depose and state as follows:

1.     I represent Plaintiff Quran Herrington in the above-captioned matter.

2.     I have been practicing as an attorney since I graduated from law school in 2010.

3.     Unless noted otherwise, the facts in the memorandum submitted in support of Plaintiff's assented-to motion for preliminary approval of class and collective action settlement are based on my personal knowledge or discovery exchanged during the litigation of this case.

4.     I have personally obtained class certification or been appointed class counsel in multiple cases.  *See, e.g., Rasmus v. Bank of New York Mellon* (Mass.Super.Ct.);*[1] *Hogan v. Spar Group, Inc.*, C.A. 1:17-cv-10024-LTS (D. Mass);* *Youssefi v. Direct Energy Business LLC*, C.A. No. 1884CV03809;* *Hickey, et al., v. Automile Holdings, LLC*, AAA Case No. 01-17-0000-0078, C.A. No. 2081CV02031 (AAA arbitration);* *Wright v. Balise Motor Sales*

---

[1] An Am Law 200 firm represented the defendant(s) in cases denoted with an asterisk (*).

*Corporation, et al.*, C.A. No. 1684CV03477 (Mass.Super.Ct.);* *Remy v. Consumers United Inc. d/b/a Goji Insurance*, C.A. 1884CV01567 (Mass.Super.Ct.);* *Williams v. Smart Bear Software Inc.*, C.A. No. 1684CV-03673-BLS1 (Mass.Super.Ct.);* *Cook v. Applause App Quality, Inc., et al.*, C.A. No. 16-3293-BLS2 (Mass.Super.Ct.);* *Sangster v. ZeroTurnaround USA, Inc., et al.*, C.A. No. 16-2936-BLS1 (Mass.Super.Ct.);* *Taft v. Rapid7 LLC, et al.,* 1684CV03668-BLS1 (Mass.Super.Ct.);* *Bercovitz v. Linchris Hotel Corporation, et al.*, C.A. No. 14-2898-BLS2 (Mass.Super.Ct.);* *Washington-Hughes v. Palmco Power MA, LLC*, C.A. 1884CV01665 (Mass.Super.Ct.);* *Caulfield v. Laura Fisher & Associates, LLC, et al.*, C.A. No. 1781CV01983 (Mass.Super.Ct.);* *Larabee v. Philip Prata Agency, LLC., et al.*, C.A. No. 1881CV00776 (Mass.Super.Ct.);* *Samuel v. Serur Agencies Management, Inc., et al.*, C.A. No. 1881CV00261 (Mass.Super.Ct.);* *Warren v. The Giglione Ackerman Agency Limited Liability Company, et al.*, C.A. 1781CV01979 (Mass.Super.Ct.);* *Hogan v. The Instore Group, LLC*, C.A. No. 1:17-cv-10027-DPW (D. Mass); *Cerulo et al. v. Herbert G. Chambers, et al.,* C.A. No. 1681CV03749 (Mass.Super.Ct.); *Rogier, et al. v. Herbert G. Chambers, et al.*, C.A. No. 1584CV02876 (Mass.Super.Ct.); *Kent, et al. v. Herbert G. Chambers, et al.*, C.A. No. 1684CV00849 (Mass.Super.Ct.); *Dupuis, et al. v. Herbert G. Chambers, et al.*, C.A. No. 1681CV03665 (Mass.Super.Ct.); *Kalchbrenner, et al., v. Bernardi's, Inc.*, et al., C.A No. 1781CV01355 (Mass.Super.Ct.); *Shumrak, et al., v. Carney Management Co., et al.*, C.A. No. 1981CV01622 (Mass.Super.Ct.); *Glassey v. Priority Automotive LLC, et al.*, C.A. No. 1882CV00991 (Mass.Super.Ct.); *Roe, et al. v. Mass Park Inc.*, C.A. No. 1784CV02003 (Mass.Super.Ct.); *Tirrell v. Eastern States Exposition*, C.A. No. 1779CV00862 (Mass.Super.Ct.); *Winters v. Gallo Motor Center d/b/a Gallo Mazda Volvo, et al.*, C.A. No. 1784CV00860BLS2 (Mass.Super.Ct.); *Bassett, et al. v. Triton Technologies, Inc., et al.*, 1684CV03475-BLS2

2

(Mass.Super.Ct.); *Niesen v. Granite Telecommunications LLC, et al.*, C.A. No. 15-2172-BLS2 (Mass.Super.Ct.); *Lyra v. Nutraclick International LLC, et al.*, C.A. No. 1684CV03476 (Mass.Super.Ct.).

5. I am currently lead counsel in pending wage and hour class or collective actions in federal courts in Oklahoma, Michigan, Illinois, Indiana, Pennsylvania, and Massachusetts, and I am co-counsel in pending wage and hour class or collective actions in federal courts in Washington and Wisconsin.

6. Attached as Exhibit A is a summary of contemporaneous time records of hours that I have spent working on this case to date.

7. Attached as Exhibit B are invoices for the litigation costs incurred to date, which total $11,827.58.

Signed under the penalties of perjury on June 3, 2026.

*/s/ Brook S. Lane*
Brook S. Lane

3

# EXHIBIT A

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 8/16/24 | JP MASCARO | Left a voicemail for client. Intended to discuss class versus individual claims | 0 |
| 8/19/24 | JP MASCARO | Left 2 voicemails for client. Intended to discuss class versus individual claims | 0 |
| 8/27/24 | JP MASCARO | Researched claims and drafted complaint, analyzed damages | 1 |
| 8/30/24 | JP MASCARO | Researched claims and drafted complaint, analyzed damages | 1.15 |
| 9/3/24 | JP MASCARO | Researched claims and drafted complaint, analyzed damages | 3.25 |
| 9/4/24 | JP MASCARO | Researched claims and drafted complaint, analyzed damages | 3.25 |
| 9/5/24 | JP MASCARO | Researched claims and drafted complaint | 2.25 |
| 9/6/24 | JP MASCARO | Researched claims and drafted complaint | 2.75 |
| 9/9/24 | JP MASCARO | Researched claims and drafted complaint | 3.25 |
| 9/10/24 | JP MASCARO | Researched claims and drafted complaint | 3.5 |
| 9/13/24 | JP MASCARO | Finalized complaint | 2.25 |
| 9/18/24 | JP MASCARO | Call with Attorney Deggennaro re service of complaint, and claims | 0.1 |
| 10/7/24 | JP MASCARO | Drafted initial disclosures | 1.1 |
| 10/8/24 | JP MASCARO | Drafted discovery | 2.25 |
| 11/19/24 | JP MASCARO | Meet and confer call and prep with Atty Degennaro re Defendant not producing class discovery, agreed to stip to individual disco on merits of OT exemption | 0.75 |
| 11/25/24 | JP MASCARO | Meet and confer prep and conference re Defendant's refusal to produce class disco, agreed to bifurcate discovery | 0.9 |
| 11/25/24 | JP MASCARO | Drafted R26 Status report | 0.5 |
| 12/3/24 | JP MASCARO | Appeared for R26 Conference and prepped | 0.5 |
| 1/9/25 | JP MASCARO | Reviewed Defendant's supplemental discovery responses and RFAs, researched exemption issue | 3.25 |
| 1/13/25 | JP MASCARO | Researched FLSA exemption and document productions, drafted Plaintiff's INTs III, prepared RFAs for client to answer | 2.25 |
| 1/14/25 | JP MASCARO | Drafted Plaintiff's INTs III | 1.25 |
| 1/15/25 | JP MASCARO | Call with defense counsel re Ps RPDs II, and mediation | 0.25 |
| 1/15/15 | JP MASCARO | Researched issues re FLSA MCA OT exemption | 1.5 |
| 1/16/25 | JP MASCARO | Drafted letter re claims to defense counsel | 3.25 |
| 1/17/25 | JP MASCARO | Drafted letter re claims to defense counsel | 3.6 |
| 1/22/25 | JP MASCARO | Drafted letter re claims to defense counsel | 2.25 |
| 1/23/25 | JP MASCARO | Finalized letter re claims to defense counsel | 1.1 |
| 1/23/25 | JP MASCARO | Drafted Plaintiff's RFA responses | 1.75 |
| 1/28/25 | JP MASCARO | Prepared for call with Attorney Degennaro about letter re claims and call | 0.75 |
| 2/7/25 | JP MASCARO | Call with Attorney Degennaro re mediation and preparation for call | 0.35 |
| 1/9/25 | JP MASCARO | Reviewed Defendant's supplemental discovery responses and RFAs, researched exemption issue | 3.25 |
| 1/13/25 | JP MASCARO | Researched FLSA exemption and document productions, drafted Plaintiff's INTs III, prepared RFAs for client to answer | 2.25 |
| 1/14/25 | JP MASCARO | Drafted Plaintiff's INTs III | 1.25 |
| 1/15/25 | JP MASCARO | Call with defense counsel re Ps RPDs II, and mediation | 0.25 |
| 1/15/15 | JP MASCARO | Researched issues re FLSA MCA OT exemption | 1.5 |
| 1/16/25 | JP MASCARO | Drafted letter re claims to defense counsel | 3.25 |
| 1/17/25 | JP MASCARO | Drafted letter re claims to defense counsel | 3.6 |
| 1/22/25 | JP MASCARO | Drafted letter re claims to defense counsel | 2.25 |
| 1/23/25 | JP MASCARO | Finalized letter re claims to defense counsel | 1.1 |
| 1/23/25 | JP MASCARO | Drafted Plaintiff's RFA responses | 1.75 |
| 1/28/25 | JP MASCARO | Prepared for call with Attorney Degennaro about letter re claims and call | 0.75 |
| 2/7/25 | JP MASCARO | Call with Attorney Degennaro re mediation and preparation for call | 0.35 |
| 5/8/25 | JP MASCARO | Document review, prepared for mediation | 2.75 |
| 5/9/25 | JP MASCARO | Document review, prepared for mediation | 2.5 |
| 6/2/25 | JP MASCARO | Reviewed mediation data and prepared for mediation | 3 |
| 6/5/25 | JP MASCARO | Call with defense counsel and preparation for call | 1 |
| 6/12/125 | JP MASCARO | Drafted mediation statement | 3.5 |
| 6/13/25 | JP MASCARO | Drafted mediation statement | 3.5 |
| 6/16/25 | JP MASCARO | Drafted mediation statement | 3.5 |
| 6/17/25 | JP MASCARO | Drafted mediation statement | 3.75 |
| 6/18/25 | JP MASCARO | Call with mediator and preparation | 1.25 |
| 6/18/25 | JP MASCARO | Drafted mediation statement | 3 |
| 6/20/25 | JP MASCARO | Drafted mediation statement | 3.75 |
| 6/23/25 | JP MASCARO | Drafted mediation statement | 3.75 |
| 7/7/25 | JP MASCARO | Drafted supplemental mediation statement and prepared for mediation | 3.5 |
| 7/8/25 | JP MASCARO | Drafted supplemental mediation statement and prepared for mediation | 4 |
| 7/10/25 | JP MASCARO | Prepared for mediation | 3.25 |
| 7/10/25 | JP MASCARO | Prepared for mediation | 3.25 |
| 7/14/25 | JP MASCARO | Prepared for mediation | 4 |
| 7/15/25 | JP MASCARO | Prepared for mediation and mediation | 3.25 |
| 7/17/25 | JP MASCARO | Researched claims | 3 |
| 7/17/25 | JP MASCARO | Drafted joint status report | 0.3 |
| 7/25/25 | JP MASCARO | Call with defense counsel and preparation for call | 0.3 |
| 8/18/25 | JP MASCARO | Drafted settlement agreement | 1.1 |
| 10/21/25 | JP MASCARO | Drafted motion for preliminary approval | 3.5 |
| 10/22/25 | JP MASCARO | Drafted motion for preliminary approval | 6.5 |
| 10/24/25 | JP MASCARO | Drafted motion for preliminary approval | 7 |
| 6/1/26 | JP Mascaro | Drafted motion for final approval | 5.5 |
| 6/2/26 | JP Mascaro | Drafted motion for final approval | 4.5 |
| 6/3/26 | JP Mascaro | Drafted motion for final approval | 3 |
| | | | 163.05 |

# EXHIBIT B

# BLANKROME

300 CARNEGIE CENTER
SUITE 220
PRINCETON, NJ 08540
(609) 750-7700
FEDERAL TAX I.D. NO: 23-1311874

|  |  |
|---|---|
| BROOK S. LANE, ESQ. & HILLARY SCHWAB, ESQ. | **INVOICE DATE:** AUGUST 06, 2025 |
| FAIR WORK P.C. | **CLIENT ID:** 063250 |
| 192 SOUTH STREET, SUITE 450 | **MATTER NUMBER:** 063250-00032 01358 |
| BOSTON, MA 02111 | **INVOICE NUMBER:** 2298898 |

AL DEGENNARO, ESQ.
J.P. MASCARO & SONS
2650 AUDUBON ROAD
AUDUBON, PA 19403

GREGORY W. FOX ESQ.
J. P. MASCARO & SONS
2650 AUDUBON ROAD
AUDUBON, PA 19403

**REGARDING:   MEDIATION MATTERS**
**QURAN HERRINGTON V. SOLID WASTE SERVICES, INC. D/B/A J.P. MASCARO & SONS, CIVIL ACTION NO. 2:24-CV-04902-JMY**

| | |
|---|---|
| FOR LEGAL SERVICES RENDERED THROUGH 7/31/25 | $21,560.00 |
| FOR DISBURSEMENTS ADVANCED THROUGH 7/31/25 | $761.56 |
| **CURRENT INVOICE TOTAL** | **$22,321.56** |

| | |
|---|---|
| 50% OF CURRENT INVOICE DUE FROM PLAINTIFF | $11,160.79 |
| 50% OF CURRENT INVOICE DUE FROM DEFENDANTS | $11,160.79 |

REMITTANCE

| | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens, N.A. | Blank Rome LLP |
| Address: | Princeton, NJ 08540 | Attn: Finance Department |
| Account Title: | Blank Rome LLP | 300 Carnegie Center |
| Account Number: | 6300887492 | Suite 220 |
| ABA Number: | 036076150 (Domestic) | Princeton, NJ 08540 |
| Swift Code | CTZIUS33 (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI

**From:** **American Airlines** no-reply@info.email.aa.com
**Subject:** Your trip confirmation (BOS - PHL)
**Date:** June 3, 2026 at 2:05 PM
**To:** BROOK@fairworklaw.com  BROOK@FAIRWORKLAW.COM





Issued: June 3, 2026

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your trip and get your mobile boarding pass.

Confirmation code: **UECSAH**

## Wednesday, June 10, 2026

**BOS**                                    **AA 2764**
Boston
**8:14 AM**

**PHL**                                    Seat: **14C**
Philadelphia                               Class: **Economy (N)**
**9:49 AM**                                Meals:

**PHL**                                    **AA 2960**
Philadelphia
**5:30 PM**

**BOS**                                    Seat: **8C**
Boston                                     Class: **Economy (V)**
**7:05 PM**                                Meals:

**Manage your trip**

## Limited-time: Earn up to 90,000 bonus miles*

Find the Citi® / AAdvantage® card that's right for you. Terms apply.

Learn more



## Your purchase

**Brook Lane**

Join the AAdvantage® Program

| | |
|---|---|
| New ticket | $534.88 |
| Taxes & carrier-imposed fees | $70.92 |
| Ticket #: 0012348429282 | |
| | |
| Preferred seat (BOS-PHL) | $20.46 |
| Taxes & carrier-imposed fees | $1.53 |
| Document #: 0010649970346 | |
| | |
| Main Cabin Extra (PHL-BOS) | $36.28 |
| Taxes & carrier-imposed fees | $2.72 |
| Document #: 0010649970346 | |

| **Total cost** | **$666.79** |
|---|---|

## Your payment

| AmericanExpress (ending 2025) | $666.79 |
|---|---|

| **Total paid** | **$666.79** |
|---|---|

## Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| 1st bag | $50.00 | 1st bag | $45.00 |
| 2nd bag | $60.00 | 2nd bag | $55.00 |