# EXHIBIT 5

## *The 2024 Global 200 Ranked by Revenue*

*By Law.com International Staff*
*September 16, 2024*
*Appears in: Legal Week,International Edition*

*This story contains an interactive component. To view the story with the interactive component, **click here.***

**Editor's Note:** *This chart ranks the 200 largest firms in the world by gross revenue for the fiscal year 2023. The Global 200 grew revenue by 6.5% between FY 2022 and FY 2023, while head count grew an average of 2.6%. That rise in head count resulted in higher productivity and an increase in revenue per lawyer of 3.8%.*

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| 1 | 1 | Kirkland & Ellis | $7,208,000,000 | 3514 | $2,051,000 | United States |
| 2 | 2 | Latham & Watkins | $5,688,226,000 | 3450 | $1,649,000 | United States |
| 3 | 3 | DLA Piper (verein)* | $3,829,531,000 | 4561 | $840,000 | United States |
| 4 | 4 | Baker McKenzie (verein)* | $3,286,791,000 | 4558 | $721,000 | United States |
| 5 | 6 | Skadden, Arps, Slate, Meagher & Flom | $3,270,091,000 | 1734 | $1,886,000 | United States |
| 6 | 7 | Sidley Austin | $3,100,458, | 2042 | $1,518, | United States |

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| | | | 000 | | 000 | |
| 7 | 10 | Gibson, Dunn & Crutcher | $3,074,016,000 | 1836 | $1,675,000 | United States |
| 8 | 11 | Ropes & Gray | $2,992,831,000 | 1482 | $2,019,000 | United States |
| 9 | 8 | White & Case | $2,949,400,000 | 2559 | $1,153,000 | United States |
| 10 | 9 | Morgan, Lewis & Bockius | $2,898,514,000 | 2013 | $1,440,000 | United States |
| 11 | 13 | Clifford Chance | $2,861,200,000 | 3760 | $761,000 | United Kingdom |
| 12 | 12 | Allen & Overy | $2,736,800,000 | 2868 | $954,000 | United Kingdom |
| 13 | 5 | Dentons (verein)* | $2,720,000,000 | 5946 | $457,000 | United States |
| 14 | 15 | Hogan Lovells | $2,682,000,000 | 2562 | $1,047,000 | United States |
| 15 | 14 | Jones Day | $2,666,241,000 | 2342 | $1,138,000 | United States |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| 16 | 17 | Freshfields Bruckhaus Deringer | $2,662,160,000 | 2331 | $1,142,000 | United Kingdom |
| 17 | 16 | Linklaters | $2,612,400,000 | 2711 | $964,000 | United Kingdom |
| 18 | 20 | Simpson Thacher & Bartlett | $2,336,050,000 | 1369 | $1,707,000 | United States |
| 19 | 19 | Greenberg Traurig | $2,302,830,000 | 2538 | $907,000 | United States |
| 20 | 21 | Norton Rose Fulbright (verein)* | $2,261,192,000 | 3079 | $734,000 | United States |
| 21 | 18 | Goodwin Procter | $2,244,196,000 | 1755 | $1,279,000 | United States |
| 22 | 22 | King & Spalding | $2,137,941,000 | 1316 | $1,625,000 | United States |
| 23 | 24 | CMS (EEIG)* | $2,117,274,000 | 4773 | $444,000 | United Kingdom |
| 24 | 32 | Quinn Emanuel Urquhart & Sullivan | $2,079,448,000 | 1120 | $1,857,000 | United States |
| 25 | 23 | Cooley | $2,034,319, | 1305 | $1,559, | United States |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| | | | 000 | | 000 | |
| 26 | 26 | Davis Polk & Wardwell | $2,030,000,000 | 1089 | $1,865,000 | United States |
| 27 | 28 | Paul, Weiss, Rifkind, Wharton & Garrison | $2,002,027,000 | 1009 | $1,984,000 | United States |
| 28 | 27 | McDermott Will & Emery | $1,921,042,000 | 1348 | $1,425,000 | United States |
| 29 | 25 | Mayer Brown | $1,908,000,000 | 1890 | $1,009,000 | United States |
| 30 | 30 | Sullivan & Cromwell | $1,864,290,000 | 840 | $2,219,000 | United States |
| 31 | 33 | Holland & Knight | $1,849,319,000 | 1710 | $1,081,000 | United States |
| 32 | 29 | Weil, Gotshal & Manges | $1,829,486,000 | 1217 | $1,503,000 | United States |
| 33 | 31 | Paul Hastings | $1,814,993,000 | 1056 | $1,720,000 | United States |
| 34 | 35 | Herbert Smith Freehills | $1,624,664,000 | 2331 | $697,000 | United Kingdom |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| 35 | 34 | Covington & Burling | $1,549,090,000 | 1210 | $1,280,000 | United States |
| 36 | 46 | Milbank | $1,514,100,000 | 912 | $1,661,000 | United States |
| 37 | 39 | Willkie Farr & Gallagher | $1,500,000,000 | 1120 | $1,339,000 | United States |
| 38 | 42 | Wilmer Cutler Pickering Hale and Dorr | $1,498,257,000 | 981 | $1,528,000 | United States |
| 39 | 38 | Cleary Gottlieb Steen & Hamilton | $1,491,568,000 | 1074 | $1,389,000 | United States |
| 40 | 36 | Eversheds Sutherland | $1,480,000,000 | 2575 | $575,000 | United Kingdom |
| 41 | 40 | Orrick, Herrington & Sutcliffe | $1,465,029,000 | 1061 | $1,381,000 | United States |
| 42 | 37 | Reed Smith | $1,429,301,000 | 1516 | $943,000 | United States |
| 43 | 41 | Wilson Sonsini Goodrich & Rosati | $1,375,000,000 | 1089 | $1,262,000 | United States |
| 44 | 49 | Akin | $1,369,427, | 892 | $1,535, | United States |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| | | | 000 | | 000 | |
| 45 | 43 | Debevoise & Plimpton | $1,355,559,000 | 897 | $1,511,000 | United States |
| 46 | 47 | Morrison & Foerster | $1,343,000,000 | 1074 | $1,251,000 | United States |
| 47 | 50 | Yingke | $1,307,743,000 | 16205 | $81,000 | China |
| 48 | 45 | Dechert | $1,293,528,000 | 957 | $1,352,000 | United States |
| 49 | 51 | K&L Gates | $1,282,805,000 | 1766 | $727,000 | United States |
| 50 | 53 | Squire Patton Boggs (verein)* | $1,242,200,000 | 1446 | $859,000 | United States |
| 51 | 48 | Proskauer Rose | $1,230,482,000 | 788 | $1,562,000 | United States |
| 52 | 52 | Perkins Coie | $1,211,295,000 | 1088 | $1,113,000 | United States |
| 53 | 44 | King & Wood Mallesons (verein)* | $1,200,000,000 | 3029 | $396,000 | China |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| 54 | 55 | Ashurst | $1,195,484,000 | 1828 | $654,000 | Australia |
| 55 | 54 | Winston & Strawn | $1,190,728,000 | 889 | $1,340,000 | United States |
| 56 | 57 | Foley & Lardner | $1,167,974,000 | 1050 | $1,113,000 | United States |
| 57 | 58 | Alston & Bird | $1,150,108,000 | 901 | $1,277,000 | United States |
| 58 | 61 | Arnold & Porter Kaye Scholer | $1,139,421,000 | 976 | $1,168,000 | United States |
| 59 | 63 | Wachtell, Lipton, Rosen & Katz | $1,131,137,000 | 265 | $4,272,000 | United States |
| 60 | 59 | Sheppard, Mullin, Richter & Hampton | $1,120,922,000 | 932 | $1,203,000 | United States |
| 61 | 68 | Cravath, Swaine & Moore | $1,100,000,000 | 500 | $2,200,000 | United States |
| 62 | 56 | Troutman Pepper | $1,072,130,000 | 1074 | $999,000 | United States |
| 63 | 65 | Clyde & Co. | $1,050,434, | 1883 | $558, | United Kingdom |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| | | | 000 | | 000 | |
| 64 | 64 | McGuireWoods | $1,020,023,000 | 922 | $1,106,000 | United States |
| 65 | 66 | Fried, Frank, Harris, Shriver & Jacobson | $1,008,772,000 | 688 | $1,466,000 | United States |
| 66 | 70 | Vinson & Elkins | $1,003,453,000 | 701 | $1,432,000 | United States |
| 67 | 60 | Kim & Chang | $994,824,000 | 1360 | $731,000 | Korea |
| 68 | 67 | Faegre Drinker Biddle & Reath | $991,262,000 | 957 | $1,035,000 | United States |
| 69 | 62 | O'Melveny & Myers | $987,798,000 | 751 | $1,315,000 | United States |
| 70 | 72 | Baker & Hostetler | $971,554,000 | 974 | $998,000 | United States |
| 71 | 69 | Fragomen, Del Rey, Bernsen & Loewy | $890,555,000 | 777 | $1,146,000 | United States |
| 72 | 73 | Seyfarth Shaw | $880,216,000 | 912 | $966,000 | United States |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| 73 | 77 | Polsinelli | $856,145,000 | 963 | $889,000 | United States |
| 74 | 74 | Bryan Cave Leighton Paisner | $840,267,000 | 1186 | $709,000 | United States |
| 75 | 71 | Shearman & Sterling | $837,100,000 | 590 | $1,420,000 | United States |
| 76 | 76 | Hunton Andrews Kurth | $832,071,000 | 753 | $1,104,000 | United States |
| 77 | 85 | Venable | $812,100,000 | 779 | $1,042,000 | United States |
| 78 | 81 | Pinsent Masons | $808,102,000 | 1821 | $444,000 | United Kingdom |
| 79 | 84 | Nelson Mullins Riley & Scarborough | $792,053,000 | 924 | $857,000 | United States |
| 80 | 82 | Katten Muchin Rosenman | $781,654,000 | 682 | $1,146,000 | United States |
| 81 | 83 | Slaughter and May | $777,500,000 | 649 | $1,198,000 | United Kingdom |
| 82 | 80 | Fenwick & West | $769,741,000 | 476 | $1,616, | United States |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| | | | | | 000 | |
| 83 | 79 | Pillsbury Winthrop Shaw Pittman | $759,789,000 | 637 | $1,193,000 | United States |
| 84 | 151 | Susman Godfrey | $744,188,000 | 207 | $3,595,000 | United States |
| 85 | 78 | Baker Botts | $733,836,000 | 625 | $1,174,000 | United States |
| 86 | 86 | Lewis Brisbois Bisgaard & Smith | $720,000,000 | 1552 | $464,000 | United States |
| 87 | 92 | Simmons & Simmons | $714,056,000 | 1080 | $661,000 | United Kingdom |
| 88 | 89 | Gowling WLG | $713,683,000 | 1263 | $565,000 | Canada |
| 89 | 88 | Fox Rothschild | $694,700,000 | 917 | $757,000 | United States |
| 90 | 87 | Blake, Cassels & Graydon | $692,794,000 | 697 | $994,000 | Canada |
| 91 | 97 | Barnes & Thornburg | $691,019,000 | 740 | $934,000 | United States |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| 92 | 75 | Allbright | $684,235,000 | 4166 | $164,000 | China |
| 93 | 91 | Littler Mendelson | $681,480,000 | 1146 | $595,000 | United States |
| 94 | 96 | Bird & Bird | $677,980,000 | 1558 | $435,000 | United Kingdom |
| 95 | 94 | Cozen O'Connor | $653,043,000 | 750 | $871,000 | United States |
| 96 | 98 | Ogletree, Deakins, Nash, Smoak & Stewart | $650,671,000 | 947 | $687,000 | United States |
| 97 | 93 | Duane Morris | $648,804,000 | 736 | $881,000 | United States |
| 98 | 95 | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo | $645,200,000 | 520 | $1,240,000 | United States |
| 99 | 99 | McCarthy Tetrault | $635,000,000 | 752 | $844,000 | Canada |
| 100 | 101 | Blank Rome | $625,542,000 | 603 | $1,037,000 | United States |
| 101 | 102 | Jackson Lewis | $624,370,000 | 953 | $655, | United States |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| | | | | | 000 | |
| 102 | 90 | Zhong Lun Law Firm | $621,814,000 | 1786 | $348,000 | China |
| 103 | 107 | Addleshaw Goddard | $616,464,000 | 1270 | $485,000 | United Kingdom |
| 104 | 114 | Gordon Rees Scully Mansukhani | $612,838,000 | 1165 | $526,000 | United States |
| 105 | 104 | Husch Blackwell | $612,319,000 | 861 | $711,000 | United States |
| 106 | 105 | Taft Stettinius & Hollister | $598,000,000 | 782 | $765,000 | United States |
| 107 | 109 | Taylor Wessing | $597,991,000 | 1203 | $497,000 | Germany |
| 108 | 100 | Crowell & Moring | $595,531,000 | 607 | $981,000 | United States |
| 109 | 121 | Haynes and Boone | $592,420,000 | 600 | $987,000 | United States |
| 110 | 119 | Jenner & Block | $582,122,000 | 461 | $1,262,000 | United States |

**Bloomberg Law®**

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| 111 | 111 | Fasken | $579,938,000 | 897 | $647,000 | Canada |
| 112 | 122 | DeHeng Law Offices | $579,022,000 | 4768 | $121,000 | China |
| 113 | 112 | ArentFox Schiff | $578,800,000 | 580 | $999,000 | United States |
| 114 | 113 | Womble Bond Dickinson | $570,937,000 | 941 | $607,000 | United States |
| 115 | 115 | Williams & Connolly | $570,343,000 | 391 | $1,457,000 | United States |
| 116 | 128 | Osborne Clarke | $567,893,000 | 1291 | $440,000 | United Kingdom |
| 117 | 106 | Nixon Peabody | $563,944,000 | 576 | $978,000 | United States |
| 118 | 117 | Davis Wright Tremaine | $563,465,000 | 591 | $954,000 | United States |
| 119 | 103 | Grandall Law Firm | $560,020,000 | 4552 | $123,000 | China |
| 120 | 110 | Akerman | $554,656,000 | 617 | $899, | United States |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| | | | | | 000 | |
| 121 | 116 | Kilpatrick Townsend & Stockton | $554,136,000 | 570 | $972,000 | United States |
| 122 | 108 | Cadwalader, Wickersham & Taft | $551,630,000 | 433 | $1,274,000 | United States |
| 123 | 120 | Schulte Roth & Zabel | $545,430,000 | 365 | $1,494,000 | United States |
| 124 | 126 | DWF | $541,140,000 | 1553 | $348,000 | United Kingdom |
| 125 | 118 | Fish & Richardson | $499,597,000 | 319 | $1,568,000 | United States |
| 126 | 123 | Locke Lord | $497,582,000 | 556 | $895,000 | United States |
| 127 | 134 | Steptoe | $493,040,000 | 410 | $1,202,000 | United States |
| 128 | 127 | Garrigues | $491,384,000 | 1392 | $353,000 | Spain |
| 129 | 125 | Ballard Spahr | $484,354,000 | 574 | $843,000 | United States |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| 130 | 124 | Osler, Hoskin & Harcourt | $479,904,000 | 544 | $882,000 | Canada |
| 131 | 147 | Kennedys | $478,021,000 | 1215 | $393,000 | United Kingdom |
| 132 | 133 | Dorsey & Whitney | $467,410,000 | 525 | $890,000 | United States |
| 133 | 138 | Baker, Donelson, Bearman, Caldwell & Berkowitz | $461,130,000 | 638 | $723,000 | United States |
| 134 | 130 | Shook, Hardy & Bacon | $459,512,000 | 526 | $874,000 | United States |
| 135 | 144 | Wilson Elser Moskowitz Edelman & Dicker | $452,200,000 | 1018 | $444,000 | United States |
| 136 | 129 | Fieldfisher | $446,596,000 | 601 | $743,000 | United Kingdom |
| 137 | 142 | Rodl & Partner | $444,711,000 | 501 | $888,000 | Germany |
| 138 | 132 | Borden Ladner Gervais | $443,658,000 | 803 | $553,000 | Canada |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| 139 | 140 | Loyens & Loeff | $438,089,000 | 900 | $487,000 | The Netherlands |
| 140 | 135 | Minter Ellison | $435,378,000 | 1510 | $288,000 | Australia |
| 141 | 136 | Kramer Levin Naftalis & Frankel | $435,224,000 | 339 | $1,284,000 | United States |
| 142 | 141 | Bennett Jones | $425,000,000 | 475 | $895,000 | Canada |
| 143 | 145 | Bradley Arant Boult Cummings | $424,770,000 | 615 | $691,000 | United States |
| 144 | 149 | Cuatrecasas, Gonçalves Pereira | $420,414,000 | 1321 | $318,000 | Spain |
| 145 | 143 | Jackson Walker | $417,597,000 | 460 | $908,000 | United States |
| 146 | NA | Gunderson Dettmer Stough Villeneuve Franklin & Hachigian | $415,000,000 | 403 | $1,030,000 | United States |
| 147 | 139 | Loeb & Loeb | $411,566,000 | 419 | $983,000 | United States |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| 148 | 148 | Manatt, Phelps & Phillips | $406,600,000 | 280 | $1,454,000 | United States |
| 149 | 150 | DAC Beachcroft | $406,166,000 | 1212 | $335,000 | United Kingdom |
| 150 | 137 | Cahill Gordon & Reindel | $403,000,000 | 292 | $1,380,000 | United States |
| 151 | 172 | Jingsh Law Firm | $401,890,000 | 6158 | $65,000 | China |
| 152 | 131 | Lowenstein Sandler | $392,433,000 | 323 | $1,214,000 | United States |
| 153 | 153 | Hengeler Mueller | $385,540,000 | 345 | $1,118,000 | Germany |
| 154 | 152 | Macfarlanes | $384,568,000 | 401 | $959,000 | United Kingdom |
| 155 | 159 | Snell & Wilmer | $380,000,000 | 461 | $825,000 | United States |
| 156 | 158 | Irwin Mitchell | $378,549,000 | 857 | $442,000 | United Kingdom |
| 157 | 154 | Withers | $377,430,000 | 593 | $637, | United Kingdom |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| | | | | | 000 | |
| 158 | 169 | Mishcon de Reya | $375,688,000 | 707 | $531,000 | United Kingdom |
| 159 | 156 | Clark Hill | $373,500,000 | 641 | $582,000 | United States |
| 160 | 146 | Clayton Utz | $372,064,000 | 800 | $465,000 | Australia |
| 161 | 155 | Stikeman Elliott | $368,756,000 | 517 | $713,000 | Canada |
| 162 | 162 | Dinsmore & Shohl | $366,313,000 | 631 | $581,000 | United States |
| 163 | 161 | Noerr | $360,545,000 | 501 | $720,000 | Germany |
| 164 | 163 | Holland & Hart | $358,112,000 | 442 | $811,000 | United States |
| 165 | 160 | Corrs Chambers Westgarth | $352,132,000 | 701 | $502,000 | Australia |
| 166 | 157 | Quarles & Brady | $349,326,000 | 472 | $740,000 | United States |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| 167 | 174 | Fisher & Phillips | $338,962,000 | 511 | $663,000 | United States |
| 168 | 166 | Finnegan, Henderson, Farabow, Garrett & Dunner | $337,200,000 | 281 | $1,198,000 | United States |
| 169 | 172.1 | Gide Loyrette Nouel | $332,623,000 | 535 | $622,000 | France |
| 170 | 167 | Allens | $331,945,000 | 944 | $352,000 | Australia |
| 171 | 186 | Stephenson Harwood | $328,665,000 | 556 | $591,000 | United Kingdom |
| 172 | 170 | Choate Hall & Stewart | $327,084,000 | 197 | $1,663,000 | United States |
| 173 | 175 | Bracewell | $326,000,000 | 318 | $1,027,000 | United States |
| 174 | 168 | JunHe | $323,264,000 | 794 | $407,000 | China |
| 175 | 182 | Vedder Price | $322,000,000 | 318 | $1,014,000 | United States |
| 176 | 164 | Dickinson Wright | $320,261,000 | 484 | $662, | United States |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| | | | | | 000 | |
| 177 | 171 | BonelliErede | $315,000,000 | 525 | $600,000 | Italy |
| 178 | 183 | Uría Menéndez | $314,493,000 | 709 | $444,000 | Spain |
| 179 | 179 | Honigman | $312,916,000 | 326 | $959,000 | United States |
| 180 | 188 | HFW | $312,209,000 | 543 | $575,000 | United Kingdom |
| 181 | 165 | Munger, Tolles & Olson | $306,800,000 | 179 | $1,717,000 | United States |
| 182 | 173 | Bae Kim & Lee | $306,482,000 | 596 | $514,000 | Korea |
| 183 | 178 | Fidal | $305,511,000 | 1041 | $293,000 | France |
| 184 | 177 | Foley Hoag | $302,525,000 | 326 | $927,000 | United States |
| 185 | 185 | W&H Law Firm | $301,490,000 | 4382 | $69,000 | China |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| 186 | 180 | Kutak Rock | $301,275,000 | 539 | $559,000 | United States |
| 187 | 181 | Buchanan Ingersoll & Rooney | $300,000,000 | 409 | $733,000 | United States |
| 188 | 189 | Frost Brown Todd | $299,189,000 | 521 | $574,000 | United States |
| 189 | 176 | Lee & Ko | $297,376,000 | 680 | $437,000 | Korea |
| 190 | 194 | Watson Farley & Williams | $296,570,000 | 689 | $431,000 | United Kingdom |
| 191 | 191 | Winstead | $294,800,000 | 296 | $996,000 | United States |
| 192 | NA | Torys | $294,403,000 | 381 | $773,000 | Canada |
| 193 | 195 | Buchalter | $292,043,000 | 474 | $616,000 | United States |
| 194 | 184 | Fangda Partners | $289,511,000 | 818 | $354,000 | China |
| 195 | NA | Robins Kaplan | $288,741,000 | 180 | $1,609, | United States |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**The 2024 Global 200 Ranked by Revenue**

| 2024 Rank | 2023 Rank | Firm Name | FY 2023 Gross Revenue | FY 2023 Total Lawyers | FY 2023 RPL | FY 2023 Country With the Most Lawyers |
|---|---|---|---|---|---|---|
| | | | | | 000 | |
| 196 | NA | Tahota Law Firm | $284,205,000 | 3800 | $75,000 | China |
| 197 | 192 | Stinson | $283,596,000 | 407 | $696,000 | United States |
| 198 | NA | Saul Ewing Arnstein & Lehr | $282,371,000 | 382 | $739,000 | United States |
| 199 | 187 | Miller Thomson | $282,274,000 | 501 | $563,000 | Canada |
| 200 | 197 | Mattos Filho | $280,303,000 | 742 | $378,000 | Brazil |

*Vereins and European Economic Interest Groups (EEIGs) differ structurally from other Global 200 firms, especially in regard to profit sharing.*

*Revenue figures for all non-U.S. firms were converted to dollars using the 2023 average conversion rate as published by the U.S. Federal Reserve and are rounded to the nearest $1,000.*

*Financials reported in AUD were converted to USD using the Federal Reserve's average 2023 exchange rate of 0.6644.*

*Financials reported in CAD were converted to USD using the Federal Reserve's average 2023 exchange rate of 1.3494.*

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

*Financials reported in EUROs were converted to USD using the Federal Reserve's average 2023 exchange rate of 1.0817.*

*Financials reported in GBP were converted to USD using the Federal Reserve's average 2023 exchange rate of 1.2440.*

*Financials reported in REAL were converted to USD using the Federal Reserve's average 2023 exchange rate of 4.9946.*

*Financials reported in WON  were converted to USD using the Federal Reserve's average 2023 exchange rate of 1306.7637.*

*Financials reported in YUAN were converted to USD using the Federal Reserve's average 2023 exchange rate of 7.0809.*

**View all the Global 200 rankings and articles here**

Copyright ALM Properties, Inc. All rights reserved.