**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| QURAN HERRINGTON, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SOLID WASTE SERVICES, INC. d/b/a JP MASCARO & SONS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:24-cv-04902-JMY |

## [PROPOSED] FINAL SETTLEMENT APPROVAL ORDER

Plaintiff Quran Herrington has filed an Assented-to Motion for Final Approval of Class and Collective Settlement pursuant to Federal Rule of Civil Procedure 23 and the FLSA, 29 U.S.C. § 216(b). In that motion, Plaintiff requests an order granting final approval of a settlement of the above-captioned action in accordance with the Parties' Settlement Agreement, which sets forth the terms and conditions for a proposed settlement of this matter and its dismissal with prejudice.

Having reviewed the unopposed motion, the settlement agreement, and having conducted a final approval hearing on _____, 202___, it is hereby ORDERED that:

1.      For purposes of this settlement, the following Settlement Classes/Collectives are certified:

        a.      All individuals who have worked as a garbage truck driver for Defendant Solid Waste Services, Inc. d/b/a JP Mascaro & Sons at its location in

Bridgeport, Pennsylvania at any time between September 1, 2021 and December 31, 2024.

2. The Settlement Classes/Collectives meet the criteria for certification in Fed. R. Civ. P. 23 and the Fair Labor Standards Act, 29 U.S.C. § 216(b) and is fair, reasonable, and adequate.

3. This Court finds that the notice of settlement and claim form, attached as Exhibit B to Exhibit 3 in Plaintiff's Memorandum in Support of Assented-to Motion for Final Approval of Class and Collective Action Settlement, satisfied the requirements of due process and the Federal Rules of Civil Procedure, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons entitled thereto.

4. The Court approves the distribution formula and claim procedure set forth in the Settlement Agreement, the notice, and in the memorandum submitted in support of Plaintiff's assented-to motion for final approval.

5. The Court approves Class Counsel's request for attorneys' fees and costs and the enhancement awards.

6. The Court approves the proposed schedule and procedure for distributing the settlement fund as set forth in the Settlement Agreement and in the memorandum submitted in support of Plaintiff's assented-to motion for final approval.

ENTERED this _____ day of _____, 202____.

_____
The Honorable John M. Younge