**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| QURAN HERRINGTON, *on behalf of himself and all other similarly situated*, Plaintiff, | : : : : | CIVIL ACTION |
|  | : | No. 24-cv-4902-JMY |
| v. | : : | |
| SOLID WASTE SERVICES, INC. d/b/a JP MASCARO & SONS, Defendant. | : | |

## ORDER

AND NOW, this 10th day of July, 2026, upon consideration of the parties' Joint Motion To Appoint Xpand Legal Consulting, LLC As Settlement Administrator, ECF No. 29, it is hereby ORDERED that said motion is GRANTED so as to make Xpand the third-party settlement administrator for the class and collective settlement in this case.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**